Rex P. Sofonio, SBN 190671
Maribel B. Ullrich, SBN 246970
SOFONIO & ASSOCIATES, APLC
2030 Main Street, Suite 1300
Irvine, California 92614
Telephone: (949) 260-9191 / Facsimile: (949) 260-9192

Attorneys for Plaintiff
HUNG TRINH

JS-6

FERMIN H. LLAGUNO, SBN 185222
MINDY H. BALDWIN, SBN 228398
MUSTAFA S. EL-FARRA, SBN 247206
LITTLER MENDELSON, P.C.
2050 Main Street, Suite 900
Irvine, CA 92614
Telephone:  (949) 705-3000 / Facsimile:  (949) 724-1201

Attorneys for Defendant
QUEST DIAGNOSTICS INCORPORATED

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUNG TRINH, an individual,<br><br><br>Plaintiff,<br><br>vs.<br><br><br><br>QUEST DIAGNOSTICS INCORPORATED, a business entity form unknown, and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.:  SACV12-798 JVS (JPRx)<br><br>ASSIGNED FOR ALL PURPOSES TO JUDGE JAMES V. SELNA, COURTROOM 10C<br><br>**ORDER GRANTING JOINT STIPULATION DISMISSING ACTION WITH PREJUDICE**<br><br>**[Fed. R. Civ. P 41(a)]**<br><br>**Trial Date:  10/22/13** |

Upon consideration of the Parties' Joint Stipulation Dismissing Action with Prejudice, and good

- 1 -

cause appearing,

**IT IS HEREBY ORDERED THAT:**

1. Plaintiff's Complaint and this entire action is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)

2. Each party shall bear its own attorneys' fees and costs in connection with the prosecution and defense of this action.

**IT IS SO ORDERED.**

Dated:  November 21, 2012

_____

JAMES V. SELNA

U.S. DISTRICT COURT JUDGE

- 2 -